In The United States District Court
Southern District of California

FILED
2008 FEB 13  PM 3:58
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____RM_____ DEPUTY

Charles Lamont Miller,
    Plaintiff,

vs.                                    Case '08 CV 0272 LAB JMA

Sheriff Michael S. Coropa, et al.
    Defendants.

Pro per Plaintiff's motion to Dispense with Copy Requirement or order Jail officials to provide Required Photocopies of Complaint

Now comes Plaintiff, Charles Lamont Miller, Pro per, in the above-entitled 42 U.S.C. 1983 action moving this honorable court to dispense with the requirement that Plaintiff submit along with original two photocopies of the complaint submitted for filing in this case or order Jail officials to provide the required copies for reasons stated as follows:

1) According to the instruction form attached to the form complaint Plaintiff must supply along with the original of the complaint two copies.



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

2) As you can see from attached jail officials will not provide the needed copies of the complaint and Plaintiff should not be required to write the copies by hand because jail officials will not provide photo copies of legal documents that pertain to civil matters.

3) The pro per department of the office of private conflict counsel will not provide photo copies to plaintiff of complaint.

Wherefore, Plaintiff prays the court in the interest of justice to grant this motion.

Respectfully submitted,

Charles L. Miller, pro per
# 7791797
c/o P.O. Box 122952
San Diego, CA 92112

## Certificate of Service

The certificate of service inapplicable at this time because no service of process to date completed on defendants' et al. Dated on this 8th day of February, 2008.

Respectfully submitted,

Charles L. Miller, Pro Per

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924 



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE FORM
## FORMA DE QUEJA DE PRESO

[x] SDCJ  [ ] DDF  [ ] GBDF  [ ] EMDF  [ ] LCDF  [ ] SBDF  [x] VDF

From / De: Miller, Charles Lamont
Name (Last, First, Middle) / Nombre (Ultimo, Primero, Segundo)

Booking Number / Número de ficha: 0091797

Housing unit / Unidad de alojamiento: 4B1

Grievance is about / La queja es acerca de:
[x] Jail Procedures / Procedimientos de la Cárcel
[x] Jail Conditions / Condiciones de la Cárcel
[ ] Medical / Médico
[x] Other / Otro: Staff

Date and Time of Incident / Fecha y hora del incidente: 2/6/08 9:15 a.m.

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)

I submitted to Counselor Lee legal papers I need copied concerning my small claims case which was denied me. I asked to get my federal civil rights action copied as required by the Court which was denied. Also I asked to get a copy of my state claim which was denied. The denial of the requested copies is preventing me from pursuing my civil action and other claims. Counselor Lee told me L.S. Loss is prohibiting me (civ) getting the requested copies.

Inmate Signature / Firma de Preso: [signed]
Date / Fecha: 2/6/08

**BOX BELOW IS FOR OFFICIAL USE ONLY**

Received by: [signed] J. Lee
Signature of receiving staff member
ARJIS #: 3353
Date: 2-6-08
Time: 9:25 AM

Entered in JIMS: ___ Date ___ Time ___ JIMS Grievance Number ___

Routed to: ___ Print name of individual or unit ___ Date ___ Time ___

[ ] This is not a grievance.
[ ] This is an inmate request—resolve appropriately. (No entry in JIMS.)
[ ] This is an appeal of discipline—JIMS Incident # ___
[ ] This is a complaint against staff—handle appropriately. (No entry in JIMS.)

J-22 (Rev 6/04)   Original goes to booking jacket   Copy goes to inmate after being signed by staff member

```
JIMS - E000008                    San Diego County Sheriff                              Page: 1 of 2
Run Date: 07-FEB-2008       Detention Services - All Sheriff Facilities
Run Time: 12:30                   Inmate Grievance Report
                                  Grievance # 84000342
```

Grievance Num: 84000342    Grievance Dt: 06-FEB-08    Booknum: 7791797 MILLER, CHARLES
Subject1: PROG        Subject2:            Subject3:            Subject4:
Fac: 1  Area: 4  Hu: B  Location: SDCJ > 4B > LEGAL PAPERWORK

Summary: *Miller is grieving that the Counselors will not copy his civil paperwork (Small Claims Court, Federal civil rights action and "other" claims).*

Action Dt: 06-FEB-08  Action Ofcr Name: LT BIRDSONG

Action Taken: **According to Counselor Lee, they only handle an inmate's criminal casework not their civil filings.**

Narrative Text:

According to Pro Per Counselor Jeff Lee, they only handle an inmate's criminal casework- not their civil paperwork (cases or filings). Miller requested to have paperwork related to a Small Claims Court case and a Federal civil rights matter copied. The Counselors denied his request. LT Birdsong

Final Grievance Appeal Grievance # 84000342 - You are appealing this grievance response because you fill that you should be allowed to copy any and all legal papers you need copied and by not doing so your access to the courts is being hindered.

Your pro-per status was granted by the court for the purpose of you representing your self for the case you are in custody here on. As we spoke before, PCC is the provider of the services that pro-pers are entitled to. Counseling makes one copy of documents for your records so is they are lost between you and PCC you have a copy. Please utilize the services that are provided by PCC. Capt. Clamser

Charles Elmer Miller Mallan
℅ P.O. Box 122952
San Diego, CA 92112

**Note:** Please file after reading this letter Clerk.

February 10, 2008

Dear Clerk,

Please find enclosed my 42 U.S.C. 1983 action for filing, etc., and in lieu of the filing fee my motion and declaration to proceed in forma pauperis, etc.

~~S.D. officials refuse to provide~~ me the required two copies of my complaint for the court and you will find enclosed my motion in regard to this matter.

✱ Please under my present circumstances send me a filed copy of my complaint and assigned case number.

Please also note that since August of last year I mailed to L.A. federal court Clerk from Orange Co. jail and Wasco state prison my complaint about the same claims which to date I have not received any response to at all. Also due to my incarceration I'm unable to call the L.A. Clerk about those complaints.

However, if you can check with L.A. and you locate one or both of them

cont. over →

and provide me with case number(s) it will not be necessary to proceed with filing the enclosed Complaint.

The Complaints sent to L.A. was styled the same way as my enclosed complaint.

I did write a letter to L.A. last month asking about the other complaints which also to date I have not received response to.

As always your help is greatly appreciated.

God Bless you and Happy New Year.

I remain

Sincerely,

P.S. Please do not forget to send me filed copy of my complaint enclosed if it is filed.

P.S.S. Hopefully you can locate the complaint(s) I mailed to L.A. for filing last year.