**PLEASE RECEIPT AND RETURN**

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

FILED

08 MAR 17 PM 3: 16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

W. Samuel Hamrick, Jr.
Clerk of Court

February 21, 2008

USDC - Office of the Clerk
Central District of California, Southern Division
411 West 4th Street
Santa Ana, CA. 92701

Re: Miller v. Carona, et al., Case No. 08cv0272-LAB(JMA)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: s/V. Perez, Deputy

RECEIVED ITEMS DESCRIBED
THIS DATE OF 3/13/08
AND ASSIGNED CASE NUMBER SACV08-280 (FFM)

CLERK, U.S. DISTRICT COURT

By: L. Horn, Deputy